Eugene P. Ramirez (State Bar No. 134865)
　*epr@manningllp.com*
Craig Smith (State Bar No. 265676)
　*gcs@manningllp.com*
Steven McNicholl (State Bar No. 323191)
　*sam@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SYLVIA ARISPE, an individual and successor-in-interest of CARLOS ALEXANDER, deceased;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE,; DEPUTY VICTOR ROMERO, #N6924; DEPUTY RODNEY SCOTT, #N4086; DEPUTY JACOB PADILLA, #5967; SHERIFF CHAD BIANCO; CAPTAIN JAMES KRACHMER; MATHEW CHANG; MEGAN S. CASTILLO; NAVAIN L. WILLIAMS; RAYMUNDO CLAUDIO; JAQUELINE HERNANDEZ, a nominal defendant,<br><br>Defendant. | Case No. 5:21-CV-00417-JWH(SPx)<br>*[Assigned to the Honorable John W. Holcomb, Magistrate, Sheri Pym*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

**TO THE HONORABLE COURT:**

　　In accordance with L.R. 16-15.7, Plaintiff SYLVIA ARISPE, an individual and successor-in-interest of CARLOS ALEXANDER, deceased, and Defendant COUNTY OF RIVERSIDE, (County), have entered into a settlement. Plaintiff agrees to execute a mutually agreeable release of all claims, as against COUNTY OF RIVERSIDE; DEPUTY VICTOR ROMERO, #N6924; DEPUTY RODNEY

1 SCOTT, #N4086; DEPUTY JACOB PADILLA, #5967; SHERIFF CHAD
2 BIANCO; CAPTAIN JAMES KRACHMER; MATHEW CHANG; MEGAN S.
3 CASTILLO; NAVAIN L. WILLIAMS; RAYMUNDO CLAUDIO; JAQUELINE
4 HERNANDEZ and all DOE Defendants ("Defendants).

Within fourteen (14) days of satisfaction of the conditions contained in the release of claims, plaintiff agrees to file a request or stipulation for dismissal with prejudice of this action as against all defendants, including COUNTY OF RIVERSIDE; DEPUTY VICTOR ROMERO, #N6924; DEPUTY RODNEY SCOTT, #N4086; DEPUTY JACOB PADILLA, #5967; SHERIFF CHAD BIANCO; CAPTAIN JAMES KRACHMER; MATHEW CHANG; MEGAN S. CASTILLO; NAVAIN L. WILLIAMS; RAYMUNDO CLAUDIO; JAQUELINE HERNANDEZ and all DOE Defendants.

The parties jointly recommend and request that the honorable Court vacate the current trial and pre-trial dates/deadlines, and all other hearing dates and case management deadlines, including but not limited to the final pre-trial conference and any set hearings for any pending motions.

It is respectfully requested that the Court maintain jurisdiction over this matter and set an Order to Show Cause Re: Dismissal of Entire Action, in ninety (90) days from now, allowing time for the settlement to be finalized.

DATED:  February 9, 2023        Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____*/s/ G. Craig Smith*_____
Eugene P. Ramirez, Esq.
G. Craig Smith, Esq.
Attorneys for Defendants

2
**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

1 | DATED:  February 9, 2023

Respectfully submitted,

**LAW OFFICES OF KEVIN S. CONLOGUE**

By: _/s/ Ashley Conlogue_
Kevin S. Conlogue
Ashley Conlogue
Attorneys for Plaintiff