| | |
|---|---|
| 1 | Kevin S. Conlogue, SBN 285277 |
| 2 | (Kevin@LOKSC.com)<br>Ashley M. Conlogue, SBN 292083 |
| 3 | (Ashley@LOKSC.com)<br>**CONLOGUE LAW, LLP** |
| 4 | 292 S. La Cienega Blvd., Ste. 207<br>Beverly Hills, CA 90211 |
| 5 | Tel:   (213) 255-8837<br>Fax:   (213) 477-2069 |
| 6 | Phillip T. Vondra, SBN 159473 |
| 7 | (pvondra@vondraandhanna.com)<br>**LAW OFFICES OF VONDRA & HANNA** |
| 8 | 3936 Phelan Road, Suite A2<br>Phelan, CA 92371 |
| 9 | Tel:   (760) 868-4346<br>Fax:   (760) 868-4056 |
| 10 | Attorneys for Plaintiff |
| 11 | SYLVIA ARISPE |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ARISPE, an individual and successor-in-interest of CARLOS ALEXANDER, deceased;<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; DEPUTY VICTOR ROMERO, #N6924; DEPUTY RODNEY SCOTT, #N4086; DEPUTY JACOB PADILLA, #5967; SHERIFF CHAD BIANCO; CAPTAIN JAMES KRACHMER; MATTHEW CHANG; MEGAN S. CASTILLO; NAVAIN L. WILLIAMS; RAYMUNDO CLAUDIO; JAQUELINE HERNANDEZ, a | CASE NO. 5:21-CV-00417-JWH(SPx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

nominal defendant,

   Defendants.

TO THE HONORABLE COURT:

Plaintiff SYLVIA ARISPE, an individual and successor-in-interest of CARLOS ALEXANDER, deceased ("PLAINTIFF") and Defendants COUNTY OF RIVERSIDE; DEPUTY VICTOR ROMERO, #N6924; DEPUTY RODNEY SCOTT, #N4086; DEPUTY JACOB PADILLA, #5967, NAVAIN L. WILLIAMS; RAYMUNDO CLAUDIO ("DEFENDANTS") through their respective counsel of record, stipulate to the dismissal of the above referenced action, as to all parties and all claims and causes of action, with prejudice, with each party bearing their own attorney fees and costs, and hereby respectfully request that this Court issue such an order for dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: May 24, 2023            **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By: _____/s/ G. Craig Smith_____
                                   Eugene P. Ramirez, Esq.
                                   G. Craig Smith, Esq.
                                   Attorneys for Defendants


DATED: May 24, 2023            **CONLOGUE LAW, LLP**

                               By: _____/s/ Ashley M. Conlogue_____
                                   Kevin S. Conlogue
                                   Ashley M. Conlogue
                                   Attorney for Plaintiff